

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00944-CV

**IN RE CUALLIX HOMES, INC.**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: November 8, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On October 23, 2023, relator Cuallix Homes, Inc. filed a petition for writ of mandamus.

After considering the petition, this court concludes relator is not entitled to the relief sought.

Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020CI16825, styled *Actual Homeowners Association of Las Ventanas Inc. v. Cuallix Homes Inc., Las Ventanas at Crownridge Townhome Owners, and Armando Guzman*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.